UTICA,
October, 1821.

HORNE
v.
BARNEY.

*Starkweather* and *Morell*, contra.

---

### HORNE *against* BARNEY.

IN ERROR, to the Court of Common Pleas of *Jefferson* county. It appeared, on the return of the writ of error, that the Court below arrested judgment, for the insufficiency of the declaration.

*E. Griffin*, for the plaintiff in error.

SPENCER, Ch. J. Error will not lie in this case, for there is no judgment to be affirmed or reversed. (*Fish* v. *Weatherwax*, 2 *Johns. Cases*, 215.) You should have applied for a *mandamus.*

A writ of error will not lie to a Court of Common Pleas, where judgment is arrested for the insufficiency of the declaration; but the plaintiff, in such case, should pray judgment for the defendant, against himself, and if the Court below refuses to give such a judgment, he may have a writ of *mandamus.*

UTICA,
October, 1821.

*Griffin* said, that the language of the record showed a judgment of the Court below.

*Lynch*, contra. There is no judgment for *costs*, and, therefore, nothing by which the party is aggrieved. The plaintiff is not concluded; but may bring another action.

*Per Curiam.* There is no judgment to be affirmed or reversed, in this case. The party may, as he shall be advised, move to quash the writ of error.